UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| DEVONNE M. LEE,<br><br>    Plaintiff,<br><br>v.<br><br>TERESSER A. BANKS, et al.,<br><br>    Defendants. | No. ED CV 09-2161-MMM (PLA)<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S MODIFIED FINAL REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's modified final report and recommendation, and the objections to the final report and recommendation filed by plaintiff. The Court agrees with the recommendations of the magistrate judge.

ACCORDINGLY, IT IS ORDERED:

1. The modified final report and recommendation is adopted.

2. Judgment shall be entered consistent with this order.

3. The clerk shall serve this order and the judgment on all counsel or parties of record.

DATED: May 4, 2011

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE