# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| DEVONNE M. LEE, | No. ED CV 09-2161-MMM (PLA) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| TERESSER A. BANKS, et al., | |
| Defendants. | |

Pursuant to the order adopting magistrate judge's modified final report and recommendation, IT IS ADJUDGED that this action is dismissed with prejudice for failure to state a claim.

DATED: May 4, 2011

_____
HONORABLE MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE